UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                   CASE NO. 09-30705-PNS3
                                         CHAPTER 13
JAMES ELTON MILLER
JOYCE ANN MILLER

          Debtor(s)           /

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

   1.  The Trustee has issued check(s) FOR: FIRST CONSUMER NATIONAL BANK which remains outstanding and uncleared.

   2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

   3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

   **WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 405185 in the amount of 28.46 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

        /s/Leigh D. Hart or
        /s/William J. Miller, Jr.
          OFFICE OF THE CHAPTER 13 TRUSTEE
          POST OFFICE BOX 646
          TALLAHASSEE, FL 32302
          ldhecf@earthlink.net
          (850) 681-2734 "Telephone"
          (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| JAMES ELTON MILLER<br>JOYCE ANN MILLER<br>7572 MANATEE STREET<br>NAVARRE, FL 32566 | FIRST CONSUMERS NATIONAL BANK<br>CARDMEMBER SERVICES<br>157 TECHNOLOGY PKWY., SUITE 900<br>NORCROSS,, GA 30092 |

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the electronic filing date for this document.

        /s/Leigh D. Hart or
        /s/William J. Miller, Jr.
12/29/2010  1:29 pm / CR_213      OFFICE OF CHAPTER 13 TRUSTEE